NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 24 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff-Appellee,<br><br>  v.<br><br>DAVID L. GUIDRY, AKA David Guidry, AKA David Louis Guidry,<br><br>        Defendant-Appellant. | No.   18-10088<br><br>D.C. No. 2:01-cr-00027-JAM-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted April 17, 2019[**]

Before:     McKEOWN, BYBEE, and OWENS, Circuit Judges.

David L. Guidry appeals from the district court's order revoking his

conditional discharge and remanding him to the custody of the Attorney General

for commitment to a suitable facility under 18 U.S.C. § 4243(g).  Pursuant to

*Anders v. California*, 386 U.S. 738 (1967), Guidry's counsel has filed a brief

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We treat Guidry's letter, submitted at Docket Entry No. 16, as a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.** Any other pending requests are **DENIED.**

**AFFIRMED.**

18-10088